Ronald V. Uy, Esq. SBN 177157
Stevan J. Henrioulle, Esq. 57282
LAW OFFICE OF UY & HENRIOULLE
1212 Broadway Street, Suite 820
Oakland, CA 94612
(510) 835-3730; Fax (510) 835-3731

Attorneys for Plaintiffs, WILMA OROZCO and FERNANDO OROZCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA OROZCO and FERNANDO OROZCO, <br><br> Plaintiffs, <br> Vs. <br><br> RESMAE MORTGAGE CORPORATION; LITTON LOAN SERVICING LP; POPULAR MORTGAGE SERVICING INC.; and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: CV-01357 MHP <br><br> **STIPULATION TO EXTEND MEDIATION HEARING DATE** <br><br> Date: September 21, 2009 <br><br> Complaint filed March 27, 2009 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs WILMA OROZCO and FERNANDO OROZCO and Defendants LITTON SERVICING LP ("Defendant" or "Litton"), and by and through their respective attorneys of record, hereby submit the following Stipulation;

1. The parties hereby agree and stipulate to extend the Mediation scheduled on September 21, 2009 to a later date preferably sixty (60) days from September 21, 2009 or December 21, 2009.

1

STIPULATION TO EXTEND MEDIATION HEARING

2. The time requested to extend the date of Mediation provides ample and sufficient opportunity for the parties to arrive at a resolution of the loan modification which is currently in place and under review and evaluation.

Respectfully submitted,

UY & HENRIOULLE

Dated: September 16, 2009

By: _____
RONALD V. UY
1212 Broadway Street, Suite 820
Oakland, CA 94612
Tel. (510) 835-3730; Fax (510) 835-3731

Attorneys for Plaintiffs,
WILMA & FERNANDO OROZCO

Dated: SEPT. 17, 2009

By: _____
BRAD M. SIMON
ROUP & ASSOCIATES
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
Tel: (949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendants
LITTON LOAN SERVICING LP

STIPULATION TO EXTEND MEDIATION HEARING

Ronald V. Uy, Esq. SBN 177157
Stevan J. Henrioulle, Esq. 57282
LAW OFFICE OF UY & HENRIOULLE
1212 Broadway Street, Suite 820
Oakland, CA 94612
(510) 835-3730; Fax (510) 835-3731

Attorneys for Plaintiffs, WILMA OROZCO and FERNANDO OROZCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMA OROZCO and FERNANDO OROZCO,<br><br>Plaintiffs,<br><br>Vs.<br><br>RESMAE MORTGAGE CORPORATION; LITTON LOAN SERVICING LP; POPULAR MORTGAGE SERVICING INC.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: CV-01357 MHP<br><br>[PROPOSED] ORDER EXTENDING TIME OF MEDIATION<br><br>Current Mediation Date: September 21, 2009<br><br>New Mediation Date: December 21, 2009 |

GOOD CAUSE APPEARING,

It is hereby ordered that the Mediation scheduled on September 21, 2009 is extended and hereby moved to December 21, 2009.

Dated : __9/18/2009__

IT IS SO ORDERED
Judge Marilyn H. Patel

1
[PROPOSED] ORDER EXTENDING TIME OF MEDIATION